IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRYSTLE L. REISLER,** : | |
| Plaintiff : | |
| : | No. 4:14-cv-1566 |
| v. : | |
| : | (Judge Kane) |
| **GIW ENTERPRISES, d/b/a** : | |
| **McDONALD'S,** : | |
| Defendant : | |

# ORDER

**AND NOW,** on this 25th day of January 2017, upon consideration of Plaintiff Krystle Reisler's and Defendant GIW Enterprises' motions in limine (Doc. Nos. 42, 43, 45, 48), **IT IS ORDERED THAT:**

1. Defendant's motion in limine to exclude evidence and testimony regarding the re-hiring of James Durham (Doc. No. 42), is **DENIED**;

2. Plaintiff's motion in limine to exclude evidence of Plaintiff's prior juvenile arrest (Doc. No. 43), is **GRANTED** as unopposed;

3. Defendant's motion in limine to exclude evidence and testimony regarding Plaintiff's expert, Carol A. Hughes, M.A (Doc. No. 45), is **DENIED WITHOUT PREJUDICE**; and

4. Plaintiff's motion in limine to exclude testimony concerning the identity or location of a telephone number (Doc. No. 48), is **GRANTED** as unopposed to the extent that the testimony is based on counsel for Defendant performing an Internet search of the telephone number.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania