# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRYSTLE L. REISLER,** : | |
|     Plaintiff : | |
| : | No. 4:14-cv-1566 |
| v. : | |
| : | (Judge Kane) |
| **GIW ENTERPRISES, d/b/a** : | |
| **McDONALD'S,** : | |
|     Defendant : | |

## ORDER

**AND NOW**, on this 2nd day of February 2017, having received notification that the parties have reached settlement, **IT IS ORDERED THAT** the above-captioned action is dismissed without costs and without prejudice upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated. The Clerk of Court is directed to close this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
